UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY; CIGNA HEALTH AND LIFE INSURANCE COMPANY : : : : : : Plaintiffs/Counter-Defendants, : : v. : : HEALTH DIAGNOSTIC LABORATORY, INC. : : Defendant/Counter-Plaintiff. : : | CIVIL NO. 3:14-cv-01519-VAB<br><br><br><br><br><br>JUNE 1, 2015 |

APPLICATION TO EXCUSE ATTORNEY
MICHAEL G. CALDWELL FROM ATTENDANCE AT HEARING

Pursuant to Rule 83.1(d)(2) of the Local Rules of this Court, Attorney Michael G. Caldwell, who appears in the present action for defendant Health Diagnostic Laboratory, Inc. ("HDL"), respectfully applies to be excused from attendance in Court at the hearing scheduled in this action on August 13, 2015 (the "Hearing") as sponsoring attorney for certain attorneys admitted in this action as visiting attorneys. In support of this Application, the undersigned states as follows:

1. I am a member of the Bar of this Court.

2. On October 27, 2014, I appeared in this action on behalf of HDL.

3. Between November 14 and February 25, 2015, I moved for the admission in this action, as visiting attorneys representing HDL, of six attorneys who are members of the bars of other jurisdictions, specifically Charles M. Sims, Maria M. Carboni, Laura G. Hoey, Loretta R. Richard, Brien T. O'Connor, and Matthew Tolve (the "Visiting Attorneys").

4. Between November 17, 2014 and February 26, 2015, the Court issued Orders admitting each of the aforementioned as visiting attorneys [Dkts. 19, 24-27, 50]. I thereby became the sponsoring attorney for each of the Visiting Attorneys.

5. By a scheduling order issued on May 28, 2015 [Dkt. 67], the Court scheduled the Hearing for August 13, 2015.

6. The date of the Hearing falls in the middle of my previously scheduled vacation.

7. Some of the Visiting Attorneys will attend the Hearing on behalf of HDL, as will Daniel P. Elliott, a member of the Bar of this Court who is an attorney with the New Haven office of LeClairRyan, P.C., and has an appearance for HDL in this action.

8. Each of the Visiting Attorneys, as established by his or her affidavit in support of admission as a visiting attorney, fully reviewed, and is familiar with, the Local Rules of this Court and the Connecticut Rules of Professional Conduct.

9. Each of the Visiting Attorneys is thoroughly familiar with this action, and thus the Visiting Attorneys will be able to provide HDL with all representation that it needs at the Hearing, with such local assistance from Attorney Elliott as may be required.

10. Consequently, pursuant to Local Rule 83.1(d)(2), I hereby apply to be excused from attendance at the Hearing.

11. I acknowledge that if the Court grants this application, I will not be relieved of any other obligation of a sponsoring or appearing attorney.

WHEREFORE, for the foregoing reasons, I respectfully request that I be excused from attendance in Court at the hearing scheduled in this action for August 13, 2015.

           /s/ *Michael G. Caldwell*
           Michael G. Caldwell, ct26561
           LeClairRyan, A Professional Corporation

545 Long Wharf Drive, 9th Floor<br>
New Haven CT 06511<br>
Ph. (203) 672-1636<br>
Fax (203) 672-1656<br>
Email: michael.caldwell@leclairryan.com

## **CERTIFICATION**

I hereby certify that on June 1, 2015 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/   *Michael G. Caldwell*
Michael G. Caldwell, ct26561