IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY; CIGNA HEALTH AND LIFE INSURANCE COMPANY<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>HEALTH DIAGNOSTIC LABORATORY, INC.<br><br>    Defendant/Counter-Plaintiff. | CIVIL NO. 3:14-cv-01519-VAB<br><br>June 10, 2015 |

**SUGGESTION OF BANKRUPTCY STAY**
**BY HEALTH DIAGNOSTIC LABORATORY, INC.**

    PLEASE TAKE NOTICE that on June 7, 2015, Health Diagnostic Laboratory, Inc. filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code") with the United States Bankruptcy Court for the Eastern District of Virginia, Case No. 15-32919-KRH.

    Health Diagnostic Laboratory, Inc. suggests that, pursuant to Bankruptcy Code Section 362(a), the above-captioned action is stayed.

    Dated:  June 10, 2015, Boston, Massachusetts

                                              DEFENDANT HEALTH DIAGNOSTIC
                                              LABORATORY, INC.,

                                              By:  /s/ *Brien T. O'Connor*
                                                    Brien T. O'Connor, Mass. Bar No. 546767
                                                    Loretta R. Richard, Mass. Bar No. 552208
                                                    Maria M. Carboni, Mass. Bar No. 673658
                                                    ROPES & GRAY LLP
                                                    Prudential Tower, 800 Boylston Street
                                                    Boston, MA 02199-3600
                                                    (617) 951-7385
                                                    Fax: (617) 235-0084

Email: brien.oconnor@ropesgray.com
*Admitted as Visiting Attorneys*

Laura G. Hoey, Ill. Bar. No. 6307486
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606-4302
(312) 845-1318
Fax: (312) 845-5562
Email: laura.hoey@ropesgray.com
*Admitted as Visiting Attorney*

Matthew A. Tolve, Cal. Bar No. 267334
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
(415) 315-1236
Fax: (415) 315-6350
Email: matthew.tolve@ropesgray.com
*Admitted as Visiting Attorney*

Charles M. Sims, Va. Bar No. 35845
LECLAIRRYAN, P.C.
951 East Byrd Street
8th Floor
Richmond, VA 23219
(804) 343-5091
Fax (804) 783-7655
Email: charles.sims@leclairryan.com
*Admitted as Visiting Attorney*

Michael G. Caldwell, (ct26561)
Daniel W. Elliott, (ct29058)
LECLAIRRYAN, P.C.
545 Long Wharf Drive, 9th Floor
New Haven CT 06511
(203) 672-1636
Email: michael.caldwell@leclairryan.com

*Counsel for Defendant Health Diagnostic Laboratory, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2015 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Brien T. O'Connor*
Brien T. O'Connor, Mass. Bar No. 546767
