IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY; CIGNA HEALTH AND LIFE INSURANCE COMPANY <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH DIAGNOSTIC LABORATORY, INC. <br><br> Defendant. | CIVIL NO. 3:14-cv-01519-VAB <br><br><br><br><br><br><br><br><br><br> June 9, 2016 |

**STATUS REPORT REGARDING BANKRUPTCY PROCEEDINGS**

Pursuant to the Court's June 11, 2015 Order [ECF No. 75], Defendant Health Diagnostic Laboratory, Inc. ("HDL") hereby submits this Status Report Regarding Bankruptcy Proceedings. HDL and certain affiliates (the "Debtors") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on June 7, 2015. On September 16, 2015, the Bankruptcy Court issued an Order authorizing and approving the sale of substantially all of the business assets used to run HDL's laboratory operations to True Health Diagnostics, LLC. On January 4, 2016, the Debtors filed a Plan of Liquidation, which was amended on January 27, 2016, and February 9, 2016. The Bankruptcy Court entered an order confirming the Plan of Liquidation on May 12, 2016, and it became effective the same day. Pursuant to the Plan of Liquidation, all remaining assets of the Debtors were transferred to a liquidating trust. On June 6, 2016, the Liquidating Trustee under the Plan of Liquidation filed a motion with the Bankruptcy Court [Bankr. ECF No. 1148] seeking approval of a settlement between the Liquidating Trustee and the plaintiffs in this action. Pursuant to the terms of the settlement, if approved by the Bankruptcy Court, this litigation will

be voluntarily dismissed with prejudice. A hearing in the Bankruptcy Court to consider the motion is currently scheduled for June 21, 2016.

        DEFENDANT HEALTH DIAGNOSTIC
        LABORATORY, INC.,

        By: /s/ Brien T. O'Connor
        Brien T. O'Connor, MA Bar No. 546767
        Loretta R. Richard, MA Bar No. 552208
        Laura T. Hoey, IL Bar No. 6307486
        ROPES & GRAY LLP
        Prudential Tower
        800 Boylston Street
        Boston, MA 02199
        Tel.: 617-951-7385
        Fax:  617-235-0084
        Email: Brien.O'Connor@ropesgray.com
        *Admitted as Visiting Attorneys*

## **CERTIFICATION**

I hereby certify that, on this 9th day of June 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Matthew Tolve
Matthew Tolve, CA Bar No. 267334
*Admitted as Visiting Attorney*