IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CONNECTICUT GENERAL LIFE INSURANCE COMPANY; CIGNA HEALTH AND LIFE INSURANCE COMPANY**<br><br>PLAINTIFFS,<br><br>V.<br><br>**HEALTH DIAGNOSTIC LABORATORY, INC.**<br><br>DEFENDANT | CIVIL NO. 3:14-cv-01519-VAB<br><br><br>STIPULATION OF DISMISSAL<br><br><br>JULY 28, 2016 |

It is stipulated and agreed by Plaintiffs-Counterclaim Defendants Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company (together with Connecticut General Life Insurance Company, "Cigna"), and Defendant-Counterclaim Plaintiff Health Diagnostic Laboratory, Inc. ("HDL"), by and through their respective counsel, and ordered by the Court, that Cigna's claims (Dkt. No. 40) against HDL are dismissed without prejudice and that HDL's counterclaims (Dkt. No. 59) against Cigna are dismissed with prejudice, and thus this case is hereby dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41. Each Party will bear its own costs and attorneys' fees.

**STIPULATED AND AGREED BY:**

*Brien T. O'Connor*
Brien T. O'Connor, Mass. Bar No. 546767
Loretta R. Richard, Mass. Bar No. 552208
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
(617) 951-7385
Fax: (617) 235-0084
Email: brien.oconnor@ropesgray.com
Admitted as Visiting Attorneys

*James M. Sconzo*
James M. Sconzo (ct04571)
John C. Pitblado (ct25563)
CARLTON FIELDS JORDEN BURT, P.A.
One State Street, Suite 1800
Hartford, Connecticut  06103
Telephone:  860.392.5022
Facsimile:  860.392.5058
jsconzo@cfjblaw.com
jpitblado@cfjblaw.com

Laura G. Hoey, Ill. Bar. No. 6307486
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606-4302
(312) 845-1318
Fax: (312) 845-5562
Email: laura.hoey@ropesgray.com
Admitted as Visiting Attorney

Matthew A. Tolve, Cal. Bar No. 267334
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
(415) 315-1236
Fax: (415) 315-6350
Email: matthew.tolve@ropesgray.com
Admitted as Visiting Attorney

Charles M. Sims, Va. Bar No. 35845
LECLAIRRYAN, P.C.
951 East Byrd Street
8th Floor
Richmond, VA 23219
(804) 343-5091
Fax (804) 783-7655
Email: charles.sims@leclairryan.com

Michael G. Caldwell (ct26561)
Daniel W. Elliott (ct29058)
LECLAIRRYAN, P.C.
545 Long Wharf Drive, 9th Floor
New Haven CT 06511
(203) 672-1636
Email: michael.caldwell@leclairryan.com
Admitted as Visiting Attorneys

*Counsel for Defendant-Counterclaim Plaintiff*

Joshua B. Simon
Warren Haskel
Andrew C. Orr
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:  212.446.4800
Facsimile:  212.446.4900
joshua.simon@kirkland.com
warren.haskel@kirkland.com
andrew.orr@kirkland.com
Admitted as Visiting Attorneys

*Counsel for Plaintiffs-Counterclaim Defendants*

**SO ORDERED**:

_____
The Honorable Victor A. Bolden
United States District Judge